# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JANE DOE, on behalf of herself and all other individuals similarly situated, *Plaintiff,* vs. UNITED STATES OF AMERICA, *Defendant.* | Case No.: 1:25-cv-01942-RMM  Judge Robin M. Meriweather |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM AND FOR A LIMITED PROTECTIVE ORDER UNDER SEAL**

Under RCFC 10(a), the case caption must contain the parties' names. However, Plaintiff Jane Doe has a reasonable fear that if she includes her true name, she will likely suffer mental harm and may be subjected to harassment and retaliation. Plaintiff is concurrently filing a motion for leave to proceed under a pseudonym and for a limited protective order. In this filing and the accompanying declaration, Plaintiff explains the basis of her fear, which relates to highly sensitive, personal information. Good cause exists to seal this filing because disclosure of Plaintiff's personal information on the public docket would inflict the same harms and impose the same risks that Plaintiff seeks to avoid by proceeding under a pseudonym. Plaintiff therefore respectfully requests leave to file the motion for leave and declaration under seal.

Dated: November 14, 2025

Respectfully submitted,

*/s/ Tacy F. Flint*

Christopher A. Eiswerth
Jacob Steinberg-Otter
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711
ceiswerth@sidley.com
jacob.steinbergotter@sidley.com

Daniel Whalen*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
daniel.whalen@hoganlovells.com

* *pro hac vice* application forthcoming

Tacy F. Flint
Emily M. Wexler
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
tflint@sidley.com
ewexler@sidley.com

Zachary Sanfilippo
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
zach.sanfilippo@hoganlovells.com

Rochelle Bobroff
NATIONAL VETERANS LEGAL SERVICES
    PROGRAM
1100 Wilson Boulevard
Arlington, VA 22209
Telephone: (202) 621-5709
Facsimile: (202) 223-9199
rochelle@nvlsp.org