IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JANE DOE,[1] | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 25-1942C |
| | )   (Judge Meriweather) |
| UNITED STATES, | ) |
| | ) |
|     Defendant. | ) |

### JOINT MOTION FOR SCHEDULING ORDER CONCERNING CROSS-MOTIONS FOR JUDGMENT UPON ADMINISTRATIVE RECORD

Pursuant to Rule 52.1 of the Rules of the United States Court of Federal Claims (RCFC), defendant, the United States, respectfully requests that the Court enter a scheduling order concerning cross-motions for judgment upon the administrative record. The parties agree to the following proposed schedule:

1. Defendant shall file the administrative record by May 12, 2026.

2. Plaintiffs' motion for judgment upon the administrative record shall be filed by June 11, 2026.

3. Defendant's cross-motion for judgment upon the administrative record and response to plaintiffs' motion shall be filed by July 13, 2026.

4. Plaintiffs' reply in support of their motion for judgment upon the administrative record and response to defendant's cross-motion shall be filed by August 3, 2026.

5. Defendant's reply in support of its cross-motion for judgment upon the administrative record shall be filed by August 24, 2026.

---

[1] Plaintiffs have filed an amended complaint, which replaces Jane Doe as the named representative plaintiff. The parties agree that the replacement representative plaintiffs do not need to proceed under a pseudonym. The parties agree that the caption can be modified to reflect the current named representative plaintiffs. The parties respectfully request that the Court grant the Motion to Seal, ECF No. 4, and maintain documents related to plaintiff Jane Doe under seal.

On the basis of the briefing schedule set forth above, and pursuant to RCFC 52.1(c)(3), defendant need not file an answer to plaintiff's complaint. Counsel for the parties have discussed this motion and its request for relief, and the parties agree that this proposed schedule will promote orderly case management. For these reasons, and with plaintiff's consent, we respectfully request that the Court enter the foregoing proposed schedule.

|  |  |
|---|---|
| /s/ *Tacy F. Flint*<br>Tacy F. Flint<br>Emily M. Wexler<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Tel: (312) 853-7000<br>tflint@sidley.com<br>ewexler@sidley.com<br><br>Christopher A. Eiswerth<br>Jacob Steinberg-Otter<br>Joseph A. Hasbrouck<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 736-8676<br>ceiswerth@sidley.com<br>Jacob.Steinbergotter@sidley.com<br>joseph.hasbrouck@sidley.com<br><br>Rochelle Bobroff<br>NATIONAL VETERANS LEGAL SERVICES<br>    PROGRAM<br>1100 Wilson Boulevard<br>Arlington, VA 22209<br>Tel: (202) 621-5709<br>rochelle@nvlsp.org<br><br>*Attorneys for Plaintiffs* | Respectfully submitted,<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>WILLIAM J. GRIMALDI<br>Assistant Director<br><br>/s/ *Tanya B. Koenig*<br>TANYA B. KOENIG<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division. Department of Justice<br>P.O. Box 480, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 305-7587<br>Email: Tanya.B.Koenig@usdoj.gov<br><br>*Attorneys for Defendant* |

March 13, 2026