# In the United States Court of Federal Claims

<table>
<tr><td>

JANE DOE, on behalf of herself and all other individuals similarly situated,

               Plaintiff,

    v.

 THE UNITED STATES,

               Defendant.
</td><td>

No. 25-cv-1942
(Filed:  March 18, 2026)
</td></tr>
</table>

## ORDER

### I.  Motion to Seal

On November 14, 2025, then-Plaintiff Jane Doe ("Ms. Doe") filed a Motion for Leave to Proceed Under Pseudonym and for a Limited Protective Order.  *See* ECF No. 5.  On the same day, to help protect her identity, Ms. Doe also filed a motion for leave to file the former motion under seal.  *See* Pl.'s Mot. for Leave to File Mot. for Leave to Proceed Under Pseudonym and for a Limited Protective Order Under Seal, ECF No. 4 ("Motion to Seal").  More recently, on March 13, 2026, a First Amended Class Action Complaint was filed replacing Ms. Doe with four newly named Plaintiffs.  *See* First Am. Compl., ECF No. 13.  In a separate motion proposing a schedule for further proceedings, counsel for the parties explained that while Ms. Doe will no longer serve as the representative plaintiff in this case, the Court should still grant the Motion to Seal to ensure that her identity will remain protected going forward.  *See* Joint Mot. for Scheduling Order Concerning Cross-Mots. for J. Upon Administrative R. at 1 n.1, ECF No. 14.

Having considered the request, for good cause shown, the Court hereby **GRANTS** the Motion to Seal.

### II.  Briefing Schedule

On March 13, 2026, the parties filed a Joint Motion for Scheduling Order Concerning Cross-Motions for Judgment Upon Administrative Record.  *See* ECF No. 14.  Having considered the parties' proposal, for good cause shown, the Court hereby **ADOPTS** the following schedule for further proceedings:

1

| BRIEFING SCHEDULE | |
|---|---|
| **EVENT** | **DEADLINE** |
| Defendant shall file the administrative record | May 12, 2026 |
| Plaintiffs shall file their motion for judgment on the administrative record | June 11, 2026 |
| Defendant shall file its cross-motion for judgment on the administrative record and response to Plaintiffs' motion | July 13, 2026 |
| Plaintiffs shall file their reply in support of their motion for judgment on the administrative record and response to Defendant's cross-motion | August 3, 2026 |
| Defendant shall file its reply in support of its cross-motion for judgment on the administrative record | August 24, 2026 |

**IT IS SO ORDERED.**

_____

ROBIN M. MERIWEATHER
Judge